NAME *Larry V. Jones #E17215*

PRISON IDENTIFICATION/BOOKING NO. *R.S. Donovan C-11-208*

ADDRESS OR PLACE OF CONFINEMENT *480 Alta Road*

*San Diego, CA 92179*

Note:   It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his/her name, address, telephone and facsimile numbers, and e-mail address.

*Fee Due*

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

**OCT 23 2019**

CENTRAL DISTRICT O CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FULL NAME (Include name under which you were convicted)
*Larry V. Jones*

Petitioner,

v.

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
*Municipal Court of Los Angeles Judicial District County*

Respondent.

CASE NUMBER *CV 19-9123-PSG-PLA*

CV NO. *LA015-282*
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION *Los Angeles*
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV *Wednesday October*
CV *20, 1993*

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT COUNTY, CA_
   b. Place of conviction and sentence _287, 288, 261 284 261, 286._

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _PENTRIN FORG OBS (1993) FORCE ORAL COP (1993) FORCE RAPE (1993) SODOMY BY FORCE SODOMY BY FORCE_
   b. Penal or other code section or sections: _01 120 22.8 PC - 5 yr 12002 289C 667(A) PC - 662(A)._

   c. Case number: _NO. LA 015282_
   d. Date of conviction: _04-04-1994_
   e. Date of sentence: _FEB 24, 1994_
   f. Length of sentence on each count: _MUNCIPAL COURT LOS ANGELES SENTENCE IN COURT 3 IS STAYED 654 PC._
   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☑ Yes ☐ No

   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _LA 015282_
   b. Grounds raised (*list each*) _CONStitional ChallEnGER:_
      (1) _Cruel And Unusial Punishment_
      (2) _The Eighth AMENDMENT_

(3) *ARREST 9-65-93 REINSTATE ON PAROLE*

(4) *WADIVER RESULTS PR RTC 12 MOS*

(5) *SPECIAL CONDITION 10-21-93*

(6) _____

c. Date of decision: *NOT GUILTY*

d. Result *DEFENSE MOTION TO DISMISS FOR INSUFFICIENCY OF THE EVIDENCE (GRANTED AS TO COUNTS 07 THRU 12 AND COUNTS 16 AND 17*

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☑Yes  ☐No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____

   b. Grounds raised *(list each)*:

      (1) _____

      (2) _____

      (3) _____

      (4) _____

      (5) _____

      (6) _____

   c. Date of decision: _____

   d. Result _____

   _____

5. If you did not appeal:

   a. State your reasons _____

   _____

   _____

   _____

   b. Did you seek permission to file a late appeal?  ☑Yes  ☐No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

   ☐Yes  ☑No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: *N/A*

      (2) Case number: _____

      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☑ Yes  ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

_____

    (7) Was an evidentiary hearing held?   ☑ Yes  ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?        ☐ Yes   ☒ No

7.   Did you file a petition for certiorari in the United States Supreme Court?        ☒ Yes        ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____ *N/A* _____

    (2) Result: _____ *Not guilty* _____

    (3) Date of result (if you know): _____ *N/A* _____

    (4) Citation to the case (if you know): _____

8.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

    **CAUTION:**   *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a.   Ground one: _____

    _____

    (1) Supporting FACTS: _____

    _____

    _____

    _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?        ☒ Yes   ☐ No

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?        ☒ Yes   ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court?        ☒ Yes   ☐ No

b.   Ground two: _____

    _____

    (1) Supporting FACTS: _____

    _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑Yes   ☐No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑Yes   ☐No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☑Yes   ☐No

c.   Ground three: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑Yes   ☐No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑Yes   ☐No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☑Yes   ☐No

d.   Ground four: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐Yes   ☐No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐Yes   ☐No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐Yes   ☐No

e.   Ground five: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐Yes   ☐No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑Yes ☐No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐Yes ☐No

9. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐Yes ☑No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held? ☑Yes ☐No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to

this judgment of conviction?   ☐ Yes   ☑ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

12. Are you presently represented by counsel?   ☐ Yes   ☑ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Larry V Jones*
_____
(Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _10-10-2019_   *Larry V Jones*
              *Date*              _____
                                      Signature of Petitioner

SONES, LARRY VERNON
_____
          Petitioner

          V. The People
Of The State of California
_____
          Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, LARRY VERNON SONES _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?  ☐ Yes   ☑ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____N/A_____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?   ☐ Yes   ☑ No

    b.  Rent payments, interest or dividends?   ☐ Yes   ☑ No

    c.  Pensions, annuities or life insurance payments?   ☐ Yes   ☑ No

    d.  Gifts or inheritances?   ☐ Yes   ☑ No

    e.  Any other sources?   ☐ Yes   ☑ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____
    _____
    _____

3.  Do you own any cash, or do you have money in a checking or savings account?   *(Include any funds in prison accounts)*
    ☐ Yes   ☑ No

If the answer is yes, state the total value of the items owned: _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?  *(Excluding ordinary household furnishings and clothing)*  ☐ Yes   ☑ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _*10-10-2019*_          _Larry V Jones_____
　　　　　　　　*Date*　　　　　　　　　*Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ____*N/A*____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

_*10-10-2019*___          _Larry V Jones_____
　　*Date*　　　　　　　　*Authorized Officer of Institution/Title of Officer*

# EXHIBIT COVER PAGE



**EXHIBIT**

Description if this exhibit:

Number of Pages to this exhibit: _9th_ Pages.

**JURISDICTION**: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISCTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITED STATES SUPREME COURT
☐ GRAND JURY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | CASE NUMBER | DEPARTMENT NUMBER |
|---|---|---|
| The People of the State of California | LA 015282 | NW"E" |

**FILED**

MAR 0 2 1994

FRANK S. Zll., COUNTY CLERK

BY _____

DEPUTY

PLAINTIFF(S)

VS.

01 JONES, LARRY VERNON

**VERDICT   (Not   Guilty)**

DEFENDANTS(S)

We, the Jury in the above-entitled action, find the Defendant LARRY VERNON JONES, not guilty of ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GREAT BODILY INJURY, a Felony, as charged in Count Eleven of the information.

This _____ day of _____, 1994 _____

Foreperson

**VERDICT   (Not   Guilty)**

STATE OF CALIFORNIA
FINGERPRINT

DEPARTMENT OF CORRECTIO

NO. E-17215

NAME

ALIAS

CLASS

REF.

JONES
E17215
8 · 14 · 9

Right Hand



Left Hand

| Hair | BLK | Eyes | BRN | Complexion | DK | Height | 5'11" |
| Weight | 150 | Age | 22 | Build | MED | Occupation | GARDENER |
| Rec'd at | | Date | 3-5-39 | County | LA | Nativity | CALIF. |
| Offense | CT 2 ASLT W/INTENT TO COM SPECIF SEX OFF (220PC) | | | Term | 2 years | Race | BLK |
| | | ( P.O.E. Rec'y) | | | | | |

Marks, Scars, Tattoos (Location & Brief Description — Scar Right Eye, Tattoo Eagle Right Forearm. NOTE: if numerous list those most prominent)

NONE

SCF A967915

Taken by

Signature

Left Hand          Left Thumb          Right Thumb          Right Hand

CDC · 138 (7 35)

: E17215  Name: JONES, LARRY

ne: JONES, LARRY

CDC #: E17215  PID #: 11507196

CS020A

# Court Commitments

Wednesday August 12, 2015 07:37:32 AM

| Prefix | Committed Name | Sentencing County | Case # | Period Begin Date | Total Time | Status |
|--------|----------------|-------------------|--------|-------------------|------------|--------|
| AA | JONES, LARRY | Los Angeles | A967915 | 05/05/1989 | 2y 0m 0d | Discharged (Time Served) |
| AB | JONES, LARRY | Los Angeles | LA015282 | 05/05/1989 | 74y 0m 0d | Imposed |

STATE OF CALIFORNIA

DISTRIBUTION:          DEPARTMENT OF CORRECTI
ORIGINAL - BOARD REPORT
1ST COPY - R.H.C.

CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST
CDC 1676 (4/91)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## SUMMARY OF PAROLE ADJUSTMENT
CDC 1521-B (1/91)

## ATTACH LEGAL STATUS SUMMARY

| CDC NUMBER | NAME (LAST, FIRST, MI) | DATE OF REPORT |
|---|---|---|
| E17215 | Jones, Larry | 9-23-93 |

### PRIOR COMMITMENT(S)

| OFFENSE TITLE(S) | CODE SECTION(S) | DATE(S) OF COMMITMENT |
|---|---|---|
| N/A | | |
| | | |
| | | |

| SPECIAL CONDITION(S) OF PAROLE | INITIAL PAROLE DATE | LAST REV. REL DATE (RRD) |
|---|---|---|
| | 10-23-89 | 5-28-92 |

Anti-narcotic testing; no alcohol; Parole Outpatient Clinic; no association with Blood gang members

### RESIDENCE

| LAST KNOWN ADDRESS | LIVING WITH | RESIDENTIAL PATTERN |
|---|---|---|
| | Transient | |

### MEANS OF SUPPORT

| SOURCE OF SUPPORT | IF EMPLOYED, EMPLOYER'S NAME & BUSINESS ADDRESS | DATES EMPLOYED FR: - TO: | POSITION HELD |
|---|---|---|---|
| | Subject has no visible legitimate means of support | | |

**EVALUATION** - Cover the period from date of last release to current report. Include positive and negative factors of this release and community programs available in lieu of revocation, e.g. drug programs, psychiatric in-patient or out-patient, etc.

Subject was originally released on parole on 10-23-89, after serving a prison sentence for assault to commit a sexual offense. He was returned to custody for seven months by the BPT on 12-1-89 and released on 6-12-90 for four months and released on 12-28-90. On 7-31-91 at a BPT hearing, he was returned to custody for twelve months for absconding, for attempted rape, for oral copulation, for battery. He was released RRD on 5-28-92.

The Subject now finds himself as the accused in yet another serious of violent, sexual offenses. These charges bear marked scrutiny to the last parole violation and to his commitment offense. This Subject appears intent on gratifying his *baser* nature at the expense of innocent victims. Such behavior must be seen as beyond toleration by the appropriate intervention of the Parole Hearings Division.

| PAROLEE'S NAME | CDC NUMBER |
|---|---|
| Jones, Larry | E17215 |

# FELONY ABSTRACT OF JUDGMENT—DETERMINATE
## (NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)

**CR-290**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF:
**LOS ANGELES - NORTHWEST DISTRICT**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DOB:

DEFENDANT:
**JONES, LARRY VERNON**

AKA: **JONES, LAWRENCE VERNON**

CII NO.:

BOOKING NO.:

☐ NOT PRESENT

| | |
|---|---|
| LA015282-01 | -A |
| | -B |
| | -C |
| | -D |

FELONY ABSTRACT OF JUDGMENT
☑ PRISON COMMITMENT ☐ COUNTY JAIL COMMITMENT
☑ AMENDED ABSTRACT

DATE OF HEARING: **04-04-1994**
DEPT. NO.: **NWE**
JUDGE: **SANDY KRIEGLER**

CLERK: **M. CRUZAT**
REPORTER: **A. FENNER**
PROBATION NO. OR PROBATION OFFICER: **X-215946**
☐ IMMEDIATE SENTENCING

COUNSEL FOR PEOPLE: **K. CADY**
COUNSEL FOR DEFENDANT: **M. GOTTLIEB, DPD**
☐ APPOINTED

1. Defendant was convicted of the commission of the following felonies:

    ☑ Additional counts are listed on attachment
    (number of pages attached) ____

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YR.) | JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | 1/3 CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (REFER TO Item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 289 | PENTRIN FORG OBJ | 1993 | 03 / 02 / 94 | X | | | M | | | | | | | | 6 | 0 |
| 02 | PC | 288A(C) | FORCE ORAL COP | 1993 | 03 / 02 / 94 | X | | | M | | X | | | | | | 6 | 0 |
| 03 | PC | 261(A)(2) | FORCE RAPE | 1993 | 03 / 02 / 94 | X | | | M | | X | | | | | | 6 | 0 |
| 04 | PC | 286(C) | SODOMY BY FORCE | 1993 | 03 / 02 / 94 | X | | | M | | X | | | | | | 6 | 0 |
| 05 | PC | 261(A)(2) | FORCE RAPE | 1993 | 03 / 02 / 94 | X | | | M | | X | | | | | | 6 | 0 |
| 06 | PC | 286(C) | SODOMY BY FORCE | 1993 | 03 / 02 / 94 | X | | | M | | X | | | | | | 6 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S" or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 01 | 12022.8PC | 5YR | | | | | 5 | 0 |
| 04 | 12022.8PC | 5YR | | | | | 5 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|
| 667(A)PC | 5YR | 667(A)PC | S | | | 5 | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4. Defendant sentenced ☐ to county jail per 1170(h)(1) or (2)
    ☐ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
    ☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
    ☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: 23 | 0

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME: 74 | 0

Attachments may be used but must be referred to in this document.

Page 1 of 2
Penal Code,
§ 1213, 1213.5

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT—DETERMINATE**

1        THE COURT:  I DON'T THINK THERE IS ENOUGH

2   EVIDENCE OF USE.

3               IT APPEARING TO THE COURT  - -

4               THE MOTION TO DISMISS FOR

5   INSUFFICIENCY OF THE EVIDENCE IS DENIED, ALTHOUGH I

6   WILL ADMIT IT IS A CLOSE QUESTION ON COUNT 18.  ALL

7   THAT IS REQUIRED IS THAT THE PEOPLE SHOW A STRONG

8   SUSPICION, AND I BELIEVE A STRONG SUSPICION IS

9   SHOWN.

10              AND ALSO THE COURT DISMISSES, BASED ON

11  NO EVIDENCE, COUNTS  - -

12       MISS CADY:  7 THRU 12 AND 16 AND 17.

13       THE COURT:  OKAY.  AND THEREFORE THE MOTION

14  IS GRANTED AS TO 7 THRU 12 AND 16 AND 17 AND DENIED

15  IN ALL OTHER RESPECTS.

16              IT APPEARING TO THE COURT PURSUANT TO

17  PENAL CODE SECTION 872, THAT THE OFFENSE HAS BEEN

18  COMMITTED, TO WIT, VIOLATION OF PENAL CODE

19  SECTION 261(A)(2), FORCIBLE RAPE, THE COURT FINDING

20  TRUE BY PROBABLE CAUSE THAT THIS IS A SERIOUS

21  FELONY, WITHIN THE MEANING OF THE PENAL CODE SECTION

22  1192.7(C)(3).

23              THIS WILL TAKE A LITTLE BIT OF TIME,

24  MR. JONES, SO YOU CAN BE SEATED.

25              THE COURT FINDING TRUE BY PROBABLE

26  CAUSE THE VIOLATION OF PENAL CODE SECTION 286(C),

27  SODOMY, BY USE OF FORCE, A FELONY, AS IS COUNT 1, A

28  FELONY.

CASE NO. LA015282
DEF NO.  01
                                        DATE PRINTED 07/17/19

DOCUMENT BY PLACING TRUE COPIES IN ENVELOPES ADDRESSED AS SHOWN
BELOW AND THEN BY SEALING AND PLACING THEM FOR COLLECTION;
STAMPING OR METERING WITH FIRST-CLASS, PREPAID POSTAGE; AND
MAILING ON THE DATE STATED BELOW, IN THE UNITED STATES MAIL AT
LOS ANGELES COUNTY, CALIFORNIA, FOLLOWING STANDARD COURT
POLICIES.
.
.
THIS 13TH DAY OF FEBRUARY, 2018.
.
SHERRI CARTER, EXECUTIVE OFFICER/CLERK
BY:
    BRANDON GREEN, CLERK

.
.
ENVELOPES ADDRESSED AS FOLLOWS:

.
LARRY VERNON JONES
CSP-SAC FAC-B, BLD-4, CELL 114
P.O. BOX 290066
REPRESA, CA 95671
CDC# E-17215

.
OFFICE OF THE DISTRICT ATTORNEY
HABEAS CORPUS UNIT
320 W. TEMPLE ST, ROOM 540
LOS ANGELES, CA 90012

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

1
1       MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT

2           COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

3

4       HON. MICHAEL S. LUROS, JUDGE   DIVISION NO. 119

5

6       THE PEOPLE OF THE STATE
        OF CALIFORNIA                )
7                                   )
                        PLAINTIFF,  )
8                                   )
                V.                  )      NO.LA015282
9                                   )
        LAWRENCE VERNON JONES       )
10                                  )
                                    )
11                      DEFENDANT(S). )
12      ──────────────────────────────)

13                      REPORTER'S TRANSCRIPT

14              WEDNESDAY, OCTOBER 20, 1993

15                          --oOo--

16

17      APPEARANCES:

18      FOR THE PEOPLE:             KATHLEEN CADY
                                    DEPUTY DISTRICT ATTORNEY
19

20

21      FOR THE DEFENDANT:          MICHAEL GOTTLIEB
                                    DEPUTY PUBLIC DEFENDER
22

23

24
        HTA: 11/3/93                MARK D. KRAVEITZ
25      DEPT: NORTHWEST G           OFFICIAL REPORTER
                                    C.S.R. NO. 2091
26

27              ORIGINAL

28

FILED
LOS ANGELES SUPERIOR COURT
OCT 28 1993
JAMES H. DEMPSEY, CLERK
BY K. ELLIS, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES                    **DEPT.** NWE

| | | | | |
|---|---|---|---|---|
| Date: | APRIL 19, 1994 | | M CRUZAT | |
| HONORABLE: | SANDY R. KRIEGLER | JUDGE | NONE | Deputy Clerk |
| | J ROUND | Deputy Sheriff | | Reporter |

---

LA015282-01              (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA          Counsel for People:
                    VS                     DEPUTY DISTRICT ATTY:        **XXXXX** K CADY
01 JONES LARRY VERNON
  AKA 01 JONES LAWRENCE VERNON         Counsel for Defendant:          M GOTTLIEB DPD
261.A2 3 cts 289 1 ct 288a(c) 2 cts
286(c) 3 cts 203 1 ct 245(a)(1) 1 ct
                         NO APPEARANCES

NATURE OF PROCEEDINGS

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR,
THE MINUTE ORDER DATED APRIL 4, 1994 DOES NOT PROPERLY REFLECT THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS
FOLLOWS:

BY DELETING:          "SENTENCE IN COUNT 3 IS STAYED PURSUANT TO PENAL
                      CODE SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                      OF THE SENTENCE IN COUNT 10."

BY SUBSTITUTING:      "SENTENCE IN COUNT 11 IS STAYED PURSUANT TO PENAL CODE
                      SECTION 654-STAY TO BECOME PERMANENT UPON COMPLETION
                      OF THE SENTENCE IN COUNT 10."

NUNC PRO TUNC ORDER

IT APPEARING TO THE COURT THAT THROUGH INADVERTENCE AND CLERICAL ERROR, THE
MINUTE ORDER DATED FEBRUARY 24, 1994 DOES NOT PROPERLY REFLECT OF THE
ORDER OF THE COURT; SAID MINUTE ORDER IS CORRECTED NUNC PRO TUNC AS FOLLOWS:

BY ADDING:    "On People's motion, the information is amended by interlineation
              as follows:  by reflecting count 12 in the information as
              the new count 11."

MINUTES ENTERED
4-19-94
COUNTY CLERK

78M 413L C-120 7/89                         MINUTE ORDER

```
CASE NO. LA015082                          PAGE NO.   3
DEF NO.  01                                DATE PRINTED 01/14/13
```

```
COUNT (01) : DISPOSITION: HELD TO ANSWER
COUNT (02) : DISPOSITION: HELD TO ANSWER
COUNT (03) : DISPOSITION: HELD TO ANSWER
COUNT (04) : DISPOSITION: HELD TO ANSWER
COUNT (05) : DISPOSITION: HELD TO ANSWER
COUNT (06) : DISPOSITION: HELD TO ANSWER
COUNT (07) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (08) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (09) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (10) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (11) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (12) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (13) : DISPOSITION: HELD TO ANSWER
COUNT (14) : DISPOSITION: HELD TO ANSWER
COUNT (15) : DISPOSITION: HELD TO ANSWER
COUNT (16) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (17) : DISPOSITION: COURT FOUND INSUFFICIENT CAUSE
COUNT (18) : DISPOSITION: HELD TO ANSWER
```

```
COUNT (19) : DISPOSITION: HELD TO ANSWER
   CAUSE CALLED AT 11:30 A.M.  DEFENDANT WAIVES FURTHER READING OF
   THE COMPLAINT AND STATEMENT OF CONSTITUTIONAL RIGHTS.
   DEFENSE MOTION TO EXCLUDE WITNESSES IS GRANTED.
   PEOPLE'S WITNESSES SWORN AND EXAMAINED:
     TERRIJIM, GARY BARTHELMESS
   PEOPLE'S EXHIBITS MARKED FOR IDENTIFICATION:
     #1-#5: PHOTOS
   PEOPLE'S EXHIBITS RECEIVED INTO EVIDENCE.
   PEOPLE REST. NO AFFIRMATIVE DEFENSE.
   DEFENSE MOTION TO DISMISS FOR INSUFFICIENCY OF THE EVIDENCE IS
   GRANTED AS TO COUNTS 07 THRU 12 AND COUNTS 16 & 17, AND DENIED
   IN ALL OTHER RESPECTS.
   DEFENDANT IS HELD TO ANSWER IN SUPERIOR COURT, DEPT. NWG, ON
   NOVEMBER 3, 1993.  PROBATION REFERRAL ISSUED.
   FILE AND EXHIBITS TO SUPERIOR COURT, RECEIPT #1232358.
   ORDER FOR BLOOD TEST PURSUANT TO 199.95 HEALTH AND SAFETY CODE
   SIGNED BY JUDGE MICHAEL LUROS SIGNED AND FILED.
BAIL SET AT $750,000.
NEXT SCHEDULED EVENT:
 FELONY ARRAIGNMENT/PLEA, ON NOVEMBER 03, 1993, IN SUPERIOR COURT OF LOS

ANGELES COUNTY, #**DISTRICT NOT FOUND **#NO TABLE VALUE#, DIV  NWG, AT  830 AM.

CUSTODY STATUS: REMANDED TO CUSTODY.
```

**BOARD OF PRISON TERMS**
**STATE OF CALIFORNIA**

## SUMMARY OF REVOCATION DECISION:
## HEARING WAIVED / SCREENING OFFER

| Records Officer Use Only | |
|---|---|
| **Revocation Release Date** | 7-15-94 |
| **Controlling Discharge Date** | MAX 7-4-95 |
| **Discharge Review Date** | N/A |

## I. PRELIMINARY INFORMATION

**A. HEARING TYPE**

[XX] REVOCATION      [ ] REVOCATION EXTENSION

[ ] PREREVOCATION

**B. BASIS FOR CHARGES**

[XX] PAROLE VIOLATION/MISCONDUCT REPORT DATED      9-23-93

[ ] CDC RULES VIOLATION REPORT DATED

[ ] OTHER DATED

**C. ADMISSIONS/DENIALS**

[ ] SCREENING OFFER      [ ] FACE TO FACE SCREENING

[XX] OPTIONAL      [ ] UNCONDITIONAL

[ ] PAROLEE WAIVED RIGHT TO CONTEST CHARGES AND DID NOT ADMIT GUILT.      (Date)

**D. LEGAL DATA**

| ARREST DATE | HOLD DATE |
|---|---|
| 9-15-93 | 9-15-93 |

## II. DECISION

**A.** [✓] HOLD STATUS   [ ] Place  [✓] Retain  [ ] Remove

**B.** [ ] CONTINUE ON PAROLE

**C.** [ ] SCHEDULE FOR REVOCATION PROCEEDINGS

**D.** [ ] SCHEDULE FOR REVOCATION EXTENSION PROCEEDINGS

**E.** [ ] MISCELLANEOUS ACTION:

**F.** [✓] PAROLE REVOKED-RETURN TO CUSTODY ORDERED

[ ] REVOCATION PERIOD EXTENDED

Months 12      Days

**G. SPECIAL CONDITIONS OF PAROLE**

[ ] REAFFIRMED      [ ] ADDED

Reasons for adding:

**H.** [ ] INSTRUCTIONS TO CDC OR POCSD STAFF

**3057d-1 Credits**

[ ] Eligible   [✓] Ineligible:

Reason(s) for Decision of Ineligibility:

[✓] Commitment offense   ___

[✓] Parole Violation   rape, oral cop, sod.

**Commissioner/Deputy Commissioner Signature**

Date  10/21/93

### PAROLEE ACKNOWLEDGEMENT

[ ] 1. I accept the above return to custody order (Section F) and unconditionally waive my rights to contest the charges against me or have a hearing.

[ ] 2. I reject the above order (Section F) and request a revocation hearing.

[ ] 3. I reject the above order and optionally waive my right to a hearing.

| Parolee Signature | Date |
|---|---|
| Witness Signature | Date |

| NAME | CDC NUMBER | INST/REGION | HEARING DATE |
|---|---|---|---|
| JONES, LARRY | E-17215 | ING#1  /3 | |

BPT 1104 (Rev. 7/88)      white-C file  pink-parolee canary-BPT  goldenrod-agent of record      Page 1 of ___ Pages      PERMANENT ADDENDA

STATE OF CALIFORNIA

## CHRONOLOGICAL HISTORY

DEPARTMENT OF CORRECTIONS

CDC 12 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 9.11.90 | Waiver Results/Parole Revoked/RTC 4mo) | | RRD | 12·28·90 |
| | Spec Cond Reaff/SB-16 Inelig/Wvr Waiver | OC | CDD | 9.15.93 |
| 9.13.90 | Rec'd CRC-RC | OC | DRD | 12·28·91 |
| 9.18.90 | File Audit of Intake | OC | | |
| SEP 25 1990 | | CH | | |
| 10·9·90 | intake /pre parole audit, recalculated for xx 9x97 | pw | RRD | 12·26·90 |
| 12·19·90 | parole order xxxx time xpent xx custody | | CRD | 9·15·93 |
| | on this revocxx xxx day | | DRD | 12·26·91 |
| 12/24/90 | Paroled Inglewood Unit 4, Reg III, Los Angeles Co | Br | | Susp |
| 3/18/91 | PAROLE SUSPENDED eff 1·4·91 Code 2 | Mr | -144 | |
| | RETURN TO PRISON FOR FURTHER PROCEEDINGS | | | |
| 5·28·91 | Arrested / Runstate | C | RRD | 5·29·72 |
| 6·5·91 | Rec'd BCC in PV RTC | C | Mrd COD | 3·16·94 |
| 2·31·91 | Bd Hrg Par Bd/RTC 12 | | D/R | 5·29·93 |
| | mos Spec Cond affirmed | | | |
| | Ineligible SB16 | | | |
| 8·1·91 | Audit | C | | |
| AUG 14 1991 | REC'D CVSP | | | |
| 10·28·91 | Intake Audit | RC | RRD | 5·27·92 |
| 3·10·92 | 60 day Pre-Release Audit | Br | MCDD | 3·16·94 |
| MAY 12 1992 | 10 day Pre-Rel xxxx | GN | DR | 5·27·93 |
| 5/27/92 | Paroled to Reg II / Ingle 4 / LA Co | GN | | Susp |
| 6·10·93 | File xxxxxxx | by | | |
| 8·4·92 | PAROLE SUSPENDED e/1 5·28·92 Code 2 | MGC | | |
| | RETURN TO PRISON FOR FURTHER PROCEEDINGS Submit P.V. Rept | | | |
| 9·15·93 | ARREST | LCA | | |
| 9·24·93 | Reinstate on Parole as of 9·15·93 | LCA | -475 | |
| | REFER TO SCREENING CALENDAR | | MCDD | 7·4·95 |
| 10·21·93 | WAIVER RESULTS PR RTC 12 MOS. Cpt SPECIAL CONDITION | LCA | | |

| Number | Name | | Page |
|---|---|---|---|
| E17215 | Jones, Larry | | 12 |

71

```
 1       MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT
 2          COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
 3
 4    THE PEOPLE OF THE STATE OF CALIFORNIA, )
                                             )
 5                            PLAINTIFF,     )
               -VS-                          )   NO.LA015282
 6                                           )
                                             )
 7                                           )
                                             )
 8                                           )
      LAWRENCE VERNON JONES                  )
 9                                           )
                                             )
10                                           )
                              DEFENDANT(S)   )
11    _____)
      STATE OF CALIFORNIA   )
12                          )   SS
      COUNTY OF LOS ANGELES )
13
14
15
16          I HEREBY CERTIFY THAT I AM AN OFFICIAL
17    SHORTHAND REPORTER OF THE ABOVE-ENTITLED COURT; AND
18    THAT I DID CORRECTLY REPORT THE PROCEEDINGS
19    CONTAINED HEREIN; AND THAT THE FOREGOING IS A TRUE
20    AND CORRECT STATEMENT OF PROCEEDINGS AND
21    TRANSCRIPTION OF MY SAID NOTES.
22
23          DATED THIS 20TH DAY OF OCTOBER, 1993.
24
25
26          _____
27                    OFFICIAL REPORTER
                      C.S.R. NO. 2091
28
```

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 07/17/19

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NO. LA015282

THE PEOPLE OF THE STATE OF CALIFORNIA
                                VS.
DEFENDANT 01:  LAWRENCE VERNON JONES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNT 01: 289(A) PC FEL
COUNT 02: 288A(C) PC FEL
COUNT 03: 261(A)(2) PC FEL     *Custody immediate Charge*
COUNT 04: 286(C) PC FEL

ON 02/13/18 AT  830 AM  IN NORTHWEST DISTRICT DEPT NWS

CASE CALLED FOR HABEAS CORPUS PETITION

PARTIES: MICHAEL V. JESIC (JUDGE)  BRANDON GREEN  (CLERK)
         NONE     (REP)  NONE  (DDA)

DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

THE PETITIONER FOR WRIT OF HABEAS CORPUS RECEIVED BY THE COURT
ON DECEMBER 11, 2017, IS DENIED FOR THE FOLLOWING REASONS:
.
PETITIONER HAS FAILED TO ESTABLISH A PRIMA FACIE CASE FOR
RELIEF. (IN RE CROW, (1971) 4 CAL.3D 613, 624). THE BURDEN IS
ON PETITIONER TO ESTABLISH GROUNDS FOR HIS RELEASE. (PEOPLE V.
DUVALL, (1995) 9 CAL.4TH 464, 474).
.
DATED THIS ELEVENTH DAY OF FEBRUARY, 2018 AND SIGNED BY THE
HONORABLE MICHAEL V. JESIC, JUDGE OF THE SUPERIOR COURT OF
CALIFORNIA, COUNTY OF LOS ANGELES.
.
CLERK'S CERTIFICATE OF MAILING:
I, THE BELOW NAMED CLERK OF THE ABOVE-ENTITLED COURT, DO HEREBY
CERTIFY THAT I AM NOT A PARTY TO THE CAUSE HEREIN, AND THAT THIS
DATE I SERVED:
ORDER RE: WRIT OF HABEAS CORPUS

I CERTIFY THAT THE FOLLOWING IS TRUE AND CORRECT: I AM THE CLERK
OF ABOVE-NAMED COURT AND NOT A PARTY TO THE CAUSE, I SERVED THIS

                           PAGE NO.   1       HABEAS CORPUS PETITION
                                              HEARING DATE: 02/13/18

## FELONY ABSTRACT OF JUDGMENT
## ATTACHMENT PAGE

CR-290(A)

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **JONES, LARRY VERNON AKA JONES, LAWRENCE VERNON**

| LA015282-01 | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

1. Defendant was convicted of the commission of the following felonies:
   This attachment page number: 1

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | VO CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | PC | 261(A)(2) | FORCE RAPE | 1993 | 03/02/94 | X | | | M | | | X | | | | | 6 | 0 |
| 08 | PC | 286(C) | SODOMY BY FORCE | 1993 | 03/02/94 | X | | | M | | | X | | | | | 6 | 0 |
| 09 | PC | 288A(C) | FORCE ORAL COP | 1993 | 03/02/94 | X | | | M | | | X | | | | | 6 | 0 |
| 10 | PC | 203 | MAYHEM | 1993 | 03/02/94 | X | | | M | | | | | X | | | 4 | 0 |
| 11 | PC | 245(A)(1) | ASLT G.B.I | 1993 | 03/02/94 | X | | | M | X | | | | X | | | 0 | 0 |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | / / | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | TOTAL | 18 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," OR "PS" | ENHANCEMENT | TIME IMPOSED, "S," OR "PS" | ENHANCEMENT | TIME IMPOSED, "S," OR "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 08 | 12022.8 | 5YR | | | | | 5 | 0 |
| 10 | 12022.7 | S | | | | | S | |
| 11 | 12022.7 | S | | | | | S | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | TOTAL | 5 | 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| 4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: | | 23 | 0 |
|---|---|---|---|

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CR-290(A) [Rev. July 1, 2012]



**FELONY ABSTRACT OF JUDGMENT
ATTACHMENT PAGE**

Penal Code, §1213.5

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

I, _Larry V. Jones_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _of R.J._
_Donove_ Prison,

in the county of _480 Alta Road_ ,

State of California. My prison address is: _San Diego, CA 92179_ .

On_____.
(DATE)

I served the attached: _N/A_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

_United States Court House Attn Inake_
_Docke Section 312 North Spring Street_
_Los Angeles, California 90012_

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _10-10-2019_          _Larry V Jones_
(DATE)                    (DECLARANT'S SIGNATURE)

Larry V. Jones #E17215
R. J. DONOVAN - CII-208
480 Alta Road
San Diego, Calif
        92179



Hasler
10/18/2019
US POSTAGE
FIRST CLASS MAIL
$02.35º
ZIP 92179
011D11648136

California Department of
Corrections and Rehabilitation

CLERK  of The united States Distrist
Court for The central District of california
United States court House
Attn Intake / Docket Section

312 North Spring Street

LEGAl MAIL        Los Angeles, Calif
                              90012

