JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| LARRY V. JONES, | ) | No. CV 19-9123-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT COUNTY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and this action is dismissed without prejudice for failure to prosecute and to follow court orders, and/or for failure to state a claim, and/or as unexhausted, and/or for lack of jurisdiction for failure to name a proper respondent.

DATED: January 2, 2020

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE